UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RHYS ATHAYDE,

                              Plaintiff,                        22-CV-09547 (SN)

          -against-                                        **ORDER**

DOGPOUND FITNESS, INC. et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference to discuss the issues raised in Plaintiff's May 10, 2023 letter motion and Defendants' response is scheduled for Tuesday, May 23, 2023, at 11:00 a.m. At that time the parties should call the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at Rachel_Slusher@nysd.uscourts.gov.

**SO ORDERED.**

                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     May 22, 2023
                  New York, New York