UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RHYS ATHAYDE,

                               **Plaintiff,**                      22-CV-09547 (SN)

        -against-                                         **ORDER**

**DOGPOUND FITNESS, INC. et al.,**

                               **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      Defendants filed a motion for summary judgment. Plaintiff shall file his opposition by March 18, 2024. Defendants shall file a reply, if any, by April 1, 2024.

**SO ORDERED.**

                                                                     SARAH NETBURN
                                                                     United States Magistrate Judge

DATED:       February 16, 2024
                  New York, New York