```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/29/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

RHYS ATHAYDE,

                     **Plaintiff,**                      22-CV-09547 (SN)

     -against-                                    **ORDER**

DOGPOUND FITNESS, INC., et al.,

                     **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

     This case is REFERRED to the Honorable Robyn F. Tarnofsky for settlement. To schedule a settlement conference, the parties should email TarnofskyNYSDChambers@nysd.uscourts.gov proposing three mutually agreed upon dates and times.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     August 29, 2024
              New York, New York