UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RHYS ATHAYDE,

                  **Plaintiff,**                            22-CV-09547 (SN)

        -against-                              **ORDER OF DISMISSAL**

DOGPOUND FITNESS, INC. et al.,

                  **Defendants.**

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On January 14, 2025, the Court was informed that the parties reached a settlement in principle. Accordingly, it is ORDERED that this action is dismissed, provided, however, that within 30 days of this Order, counsel for the plaintiff may apply by letter to restore this action to this Court's calendar, in which event the action will be restored.

       The Clerk of Court is respectfully directed to close this case.

**SO ORDERED.**

                                                          SARAH NETBURN
                                                          United States Magistrate Judge

DATED:      January 15, 2025
                New York, New York